# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 1, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

156027

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SC: 156027
COA: 336404
Washtenaw CC: 12-000935-FH

ANTHONY DERRICK CHANDLER,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the May 8, 2017 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.





      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 1, 2018

Clerk

s0423